**POLSINELLI LLP**
Alex Polishuk (SBN 265439)
apolishuk@polsinelli.com
Sarah Oh (SBN 322164)
soh@polsinelli.com
Grant Horton (SBN 333617)
ghorton@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801
Facsimile:   (310) 556-1802

Attorneys for Defendants
LEMONTREE HEALTHCARE SERVICES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCALL CONRAD WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEMONTREE HEALTHCARE SERVICES LLC, a Virginia limited liability company; NOR HEALTHCARE SYSTEMS CORP, a Nevada corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>[Los Angeles Superior Court Case No. 26STCV19627]<br><br>**DECLARATION OF DEWAYNE LEWIS IN SUPPORT OF DEFENDANT LEMONTREE HEALTHCARE SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1331, 1441, AND 1446**<br><br>Complaint Filed: June 18, 2026<br>Trial Date:       Not Set |

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

## DECLARATION OF DEWAYNE LEWIS

I, Dewayne Lewis, declare as follows:

1. I am over the age of 18 and make this declaration in support of Defendant Lemontree Healthcare Services LLC's ("Lemontree") Notice of Removal. All of the information set forth herein is based on my personal knowledge and my review of Lemontree's business records, and if called and sworn as a witness, I could and would competently testify as set forth herein.

2. I am currently employed by Lemontree Healthcare Services LLC ("Lemontree") as the Human Resources Vice President. I joined Lemontree as the Human Resources Vice President in September 2024.

3. In the course and scope of my duties, I am generally familiar with the corporate structure of Lemontree, the company's operations in California, and the work performed there. In the course and scope of my duties, I am also familiar with and have access to Lemontree's business and personnel records, and other information related to Lemontree's employment of union employees. Lemontree regularly maintains these files in the ordinary course of business.

4. In preparing this declaration, I reviewed the business records maintained by Lemontree in the ordinary course of business, including the personnel records for Plaintiff Mercall Conrad Williams ("Plaintiff"), and based on my review of such, Plaintiff worked for Lemontree since on or about November 30, 2025 as a grill cook in Culver City, California.

5. At all relevant times, Plaintiff was a member of a bargaining unit represented by Service Employees International Union – United Service Workers West (the "Union") and worked for Lemontree pursuant to a collective bargaining agreement ("CBA") agreed to by the Union and Morrison Healthcare at Brotman Medical Center d/b/a Southern California Hospital, Culver City. The CBA has been in effect from May 1, 2018 to the present. The CBA was initially entered into between the Union and Morrison Healthcare at Brotman Medical Center d/b/a Southern

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

1

DECLARATION OF DEWAYNE LEWIS IN SUPPORT OF
LEMONTREE'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

112347599.5

California Hospital, Culver City, which are the previous service provider and ownership group for the facility where Plaintiff worked. In December 2025, Defendant Nor Healthcare acquired the facility and immediately engaged Lemontree to provide Food & Nutrition and Environmental Services. Following this transition, all employees providing these services became employees of Lemontree, and performed services at the facility owned and operated by NOR Healthcare, subject to the terms of the CBA, which remained in effect. A true and correct copy of the CBA is attached hereto as **Exhibit A**.

6. At all times, Lemontree administered Plaintiff's employment in accordance with the terms and conditions communicated by the Union, to the extent applicable, including the provisions contained within the CBA, which the Union represented governed the bargaining relationship with employees in the Food & Nutrition bargaining unit, including Plaintiff. Accordingly, at all times Plaintiff remained a member of the bargaining unit represented by the Union covering the Food & Nutrition Department, including by maintaining continuous union membership and union dues deductions following Lemontree's assumption of operations.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 24ᵗʰ day of July, 2026 in ___Vienna___, ___VA___.

_____
Dewayne Lewis

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

2

**DECLARATION OF DEWAYNE LEWIS IN SUPPORT OF LEMONTREE'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

112347599.5