**POLSINELLI LLP**
Alex Polishuk (SBN 265439)
apolishuk@polsinelli.com
Sarah Oh (SBN 322164)
soh@polsinelli.com
Grant Horton (SBN 333617)
ghorton@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801
Facsimile:    (310) 556-1802

Attorneys for Defendant
LEMONTREE HEALTHCARE SERVICES LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

| | |
|---|---|
| MERCALL CONRAD WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEMONTREE HEALTHCARE SERVICES LLC, a Virginia limited liability company; NOR HEALTHCARE SYSTEMS CORP, a Nevada corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. _____<br><br>[Los Angeles Superior Court Case No. 26STCV19627]<br><br>**DEFENDANT LEMONTREE HEALTHCARE SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1**<br><br>Complaint Filed:  June 18, 2026<br>Trial Date:        Not Set |

LEMONTREE'S CORPORATE DISCLOSURE AND CERTIFICATION OF INTERESTED PARTIES
112353581.2

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned counsel of record for Defendant Lemontree Healthcare Services LLC ("Lemontree" or "Defendant") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION/INTEREST |
|---|---|
| Mercall Conrad Williams | Plaintiff |
| Lemontree Healthcare Services LLC | Defendant |
| Nor Healthcare Systems Corp | Defendant |

Dated: July 24, 2026 **POLSINELLI LLP**

Alex Polishuk
Sarah Oh
Grant Horton

Attorneys for Defendant
LEMONTREE HEALTHCARE SERVICES LLC

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

**LEMONTREE'S CORPORATE DISCLOSURE AND CERTIFICATION OF INTERESTED PARTIES**
112353581.2