Marc S. Williams (Bar No. 198913)
Email: mwilliams@cohen-williams.com
Roya S. Ladan (Bar No. 287161)
Email: rladan@cohen-williams.com
Laura Lively Babashoff (Bar No. 323922)
Email: llively@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant
NOR Healthcare Systems Corp.

COHEN WILLIAMS LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

MERCALL CONRAD WILLIAMS, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

LEMONTREE HEALTHCARE SERVICES LLC, a Virginia limited liability company; NOR HEALTHCARE SYSTEMS CORP., a Nevada corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-08165-DSF-MAR

**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**

*Filed concurrently with [Proposed] Order*

Judge: Honorable Dale S. Fischer

Trial Date: Not set

Plaintiff Mercall Conrad Williams ("Plaintiff") and Defendants Lemontree Healthcare Services LLC ("Lemontree") and NOR Healthcare Systems Corp. ("NOR") (collectively referred to as the "Parties"), each by and through their respective attorneys of record, hereby submit the following Stipulation and Proposed Order:

1. WHEREAS, on June 18, 2026, Plaintiff filed a Complaint in Los Angeles Superior Court;

2. WHEREAS, on July 24, 2026, Defendant Lemontree filed a Notice of Removal of the state court action to this court;

3. WHEREAS, on August 6, 2026, Plaintiff filed his First Amended Complaint in this matter;

4. WHEREAS, counsel for NOR was recently retained in this matter and filed notices of appearance concurrently with this stipulation.

5. WHEREAS, the Parties have met and conferred and are evaluating possible early settlement of this matter.

6. WHEREAS, the Parties have agreed to a 21-day extension of Defendants' deadline to file a responsive pleading, from August 20, 2026 to September 10, 2026.

7. WHEREAS, the Parties have agreed that if Plaintiff proceeds with a Motion to Remand, such a motion will be timely if filed before September 10, 2026.

8. WHEREAS, this is the Parties' first stipulation to extend any deadlines in this matter.

NOW, THEREFORE, it is agreed and stipulated by the Parties, through their respective counsel and subject to the Court's approval, as follows:

Defendants shall file their responsive pleadings to the First Amended complaint no later than September 10, 2026.

IT IS SO STIPULATED.

Dated: August 19, 2026

**THE SENTINEL FIRM, APC**

By: */s/ Andrew Weaver*
Seung L. Yang
Tiffany Hyun
Andrew Weaver
Attorneys for Plaintiff
Mercall Conrad Williams

Dated: August 19, 2026

**POLSINELLI LLP**

By: */s/ Alex Polishuk*
Alex Polishuk
Sarah Oh
Grant Horton
Attorneys for Defendant
Lemontree Healthcare Services LLC

Dated: August 19, 2026

**COHEN WILLIAMS LLP**

By: */s/ Marc S. Williams*
Marc S. Williams
Roya S. Ladan
Laura Lively Babashoff
Attorneys for Defendant
NOR Healthcare Systems Corp.



COHEN WILLIAMS LLP

**FILER'S ATTESTATION OF CONCURRENCE**

I, Marc S. Williams, attest that I am counsel for Defendant NOR Healthcare Systems Corp. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: August 19, 2026

*/s/ Marc S. Williams*
Marc S. Williams

COHEN WILLIAMS LLP